UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, <br><br>    Plaintiff, <br><br> v. <br><br> **Los Angeles Pyramid LLC Los Angeles Pyramid LLC; Eric Castillo;** and Does 1-10, <br><br>    Defendants | Case No.: CV 20-10334-GW-PDx <br><br> **JUDGMENT** |

Plaintiff, Orlando Garcia, is a man with physical disabilities. Plaintiff is a level C-5 quadriplegic. He also suffers from Cerebral Palsy. He has manual dexterity issues. He uses a wheelchair for mobility. Defendant Los Angeles Pyramid LLC owned, and owns, the real property located at or about 4828 S Figueroa Street, Los Angeles, California, in October 2020 and currently. Defendant Eric Castillo owned, and owns, Castillo's Market located at or about 4828 S Figueroa Street, Los Angeles, California, in October 2020 and currently.

The Plaintiff went to the Castillo's Market located at or about 4828 S Figueroa Street, Los Angeles, California. During Plaintiff's visit, he personally encountered barriers that prevented his access to the Store. The inaccessible conditions denied him full and equal access and caused him difficulty and distress. Consequently, Plaintiff brought suit against Los Angeles Pyramid LLC and Eric Castillo for violations of the Americans with Disabilities Act of 1990 ("ADA") and the Unruh Civil Rights Act ("Unruh"). Defendants have not responded to the lawsuit or provided an answer.

Consequently, Plaintiff Orlando Garcia's motion for default judgment has been granted by order issued May 13, 2022. It is adjudged that Defendants shall bring the store's sales counter and aisles that are located at 4828 S Figueroa Street, Los Angeles, California, into compliance with ADA Standards so that there is a lowered portion of a sales counter not higher than 36 inches for persons in wheelchairs to conduct transactions. Defendants shall also provide wheelchair accessible paths of

-2-

travel throughout the store, providing at least 36 inches in width, in compliance with the Americans with Disabilities Act Accessibility Guidelines no later than 4 months after service of this order for injunctive relief.

By the court's order on May 13, 2022, the plaintiff is awarded $1,000.

By the same order, Plaintiff's counsel is awarded $7,000 in attorneys' fees and costs.

It is so ordered.

Dated: August 15, 2023          By: _____
                                   HON. GEORGE H. WU,
                                   U.S. DISTRICT JUDGE